# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Dywone Tyrone Robinson**; DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-03239MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 23, 2023, in the District of Arizona, **Dywone Tyrone Robinson**, knowing or in reckless disregard that certain aliens, including Gerardo Navarrete-Adame and Luis Gustavo Rosas-Abarca, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 23, 2023, in the District of Arizona (Douglas), a United States Border Patrol Agent (BPA) responded to a camera visual of a 2019 Volkswagen Jetta turning onto Brooks Road briefly and then returning to State Route (SR) 80. Brooks Road has minimal residences and is in close proximity to the International Boundary Fence (IBF). The BPA while traveling on SR 80 observed the vehicle traveling behind. The BPA slowed and allowed for the vehicle to pass. The driver appeared nervous and held the steering wheel tightly. Record checks returned to the vehicle registered to an address in Fort Huachuca, Arizona. The BPA conducted a stop and approached the vehicle. The BPA touched the passenger side rear trunk and the driver accelerated away. No pursuit was initiated, and a camera operator watched as the vehicle turned into an RV park. The vehicle drove erratically through the park and parked in the brush. The driver opened the trunk and two people jumped out and ran northeast into the brush. BPAs approached the vehicle and identified the driver as **Dywone Tyrone Robinson**. The camera operator directed the BPA to some dense brush where the two people had fled. The two people were identified as Gerardo Navarrete-Adame and Luis Gustavo Rosas-Abarca and determined to be Mexican citizens illegally present in the United States. A backpack containing 9 grams of methamphetamine was found in the vehicle. **Robinson** claimed ownership of the backpack.

Records checks revealed that Gerardo Navarrete-Adame and Luis Gustavo Rosas-Abarca did not have the proper immigration documentation to enter or remain in the U.S. legally.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Gerardo Navarrete-Adame and Luis Gustavo Rosas-Abarca

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>/s/<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone **x** ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 25, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from the previous page:**

Material witness Gerardo Navarrete-Adame stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for 8,000 Mexican Pesos. Navarrete crossed the IBF with three others including a foot guide. The group walked for 12 hours through the mountains and the guide led them to a location where a vehicle would pick them up. A blue five-door Volkswagen arrived, and Navarrete got into the trunk. He was in the trunk for about 30 minutes when it was opened, and he ran from the vehicle.

Material witness Luis Gustavo Rosas-Abarca stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for money. Rosas crossed the IBF with another person and were guided by cellphone. They met up with another person along the way and waited at a load up location. A blue Jetta arrived, and the driver honked the horn twice as a signal for them to get in. Rosas got into the trunk with another person and the third person got into the backseat. They were in the trunk for about 30 minutes before the trunk was opened and the driver told them to run.

In a post-*Miranda* statement, **Robinson** stated while in Sierra Vista, Arizona he was approached by a person at Walmart that offered him $300 USD to pick up people. He was told to pick up the people in Douglas and take them somewhere outside of Douglas. **Robinson** knew that he was committing an illegal act but agreed and picked up three people near a highway. Two got into the trunk and a third got into the backseat. When he was pulled over by law enforcement he panicked and decided to flee. **Robinson** pulled into an RV park and decided to stop. He opened the trunk to let the people out and then got back into the vehicle to wait for BPAs to arrive. **Robinson** admitted to having marijuana and a spiritual substance for protection in the vehicle.